**Opinion issued July 14, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

NO. 01-15-00385-CR
NO. 01-15-00386-CR

_____

## EX PARTE DAIVION ANTHONY BANTON, Appellant

On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause Nos. 14-DCR-066980 and 14-DCR-066981

## MEMORANDUM OPINION

Counsel for appellant, Daivion Anthony Banton, has filed a motion to dismiss these appeals. *See* TEX. R. APP. P. 42.2(a). Banton has signed the motion to dismiss. We have not issued a decision in the appeals.

Accordingly, we dismiss the appeals.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion.  *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Justices Brown, Huddle, and Lloyd.

Do not publish.  TEX. R. APP. P. 47.2(b).